# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 16-05379

Sheriff's Sale Date: _____

V.

PAMELA C. HAILEY UPCHURCH; et al.
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** Summons and Complaint

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served PAMELA C. HAILEY UPCHURCH the above process on the 29 day of November, 2016, at 3:27 o'clock, PM, at 3038 NORTH 25TH STREET, PA 19132, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: JUDITH UPCHURCH
Relationship/Title/Position: DAUGHTER
Remarks: _____
Description: Approximate Age 18-20  Height 5'6  Weight 120  Race BLACK  Sex FEMALE  Hair BLACK
Military Status: [✓] No  [ ] Yes  Branch: _____

Commonwealth/State of __Pa__      )
                                  ) SS:
County of __Berks__               )

Before me, the undersigned notary public, this day, personally, appeared __D'Wayne Henriksson__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this __2__ day of __DEC__, 20__16__.

_____
Notary Public

File Number: USA-158105
Case ID #: 4754237

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017