UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

UNITED STATES OF AMERICA,
                Plaintiff

v.                                                                  No. 16-05379

PAMELA C. HAILEY UPCHURCH,
                Defendant

## DEFAULT JUDGMENT

AND NOW, this _6th_ day of _January_, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Thomas I,. Puleo, Esquire, that the Complaint in the above-captioned action was filed in the Court on Thursday, October 20, 2016 and, after due service of process on Defendant, PAMELA C. HAILEY UPCHURCH, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, PAMELA C. HAILEY UPCHURCH, in the amount of $6,615.86. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: 1/6/17

                                              Clerk, United States District Court
                                              EasternDistrict of Pennsylvania

                            By: _____
                                          Deputy Clerk